1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISSANDRA TYSMAN,<br><br>   Plaintiff,<br><br>   vs.<br><br>ANTHONY PELLICANO, et al.,<br><br>   Defendants. | Case No.  CV 05-1485 DSF (AJWx)<br><br>**JUDGMENT IN FAVOR OF PACIFIC BELL TELEPHONE COMPANY** |

1  On February 27, 2012, the Court granted Defendant Pacific Bell Telephone Company's Motion for Summary Judgment against Plaintiff Kissandra Tysman on the ground that Tysman's complaint against Pacific Bell is barred by the applicable statutes of limitation.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Pacific Bell Telephone Company on Kissandra Tysman's First Amended Complaint and each cause of action stated against Pacific Bell.  Tysman shall take nothing from Pacific Bell by way of this action.  Pacific Bell is entitled to recover its costs incurred in the defense of this action pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated:  June 12, 2012

_____
HON. DALE S. FISCHER
United States District Judge