1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISSANDRA TYSMAN, f/k/a KISSANDRA COHEN, | CASE NO. CV05-1485 DSF (AJWx) |
| *Plaintiff,* | **JUDGMENT** |
| v. | |
| KEVIN KACHIKIAN, AT&T INC., RAYFORD TURNER, THERESA WRIGHT, MICHELE MALKIN, THE LOS ANGELES POLICE DEPARTMENT, and MARK ARNESON, | |
| *Defendants.* | |

The Motion for Summary Judgment or Partial Summary Judgment filed by Defendants City of Los Angeles and Los Angeles Police Department, by their attorneys of record, the Los Angeles City Attorney's Office came on regularly for hearing on February 27, 2012, before the Honorable Dale S. Fischer. The following appearances were made by the parties: on behalf of the Plaintiff Kissandra Tysman: Koren L. Cohen; on behalf of Defendants City of Los Angeles and Los Angeles Police Department: Deputy City Attorneys Wendy Shapero and Geoffrey Plowden. After considering the moving, opposing, and reply papers, and having heard the arguments of counsel, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendants City of Los Angeles, et al.

Therefore, judgment is entered in favor of Defendants City of Los Angeles and Los Angeles Police Department and against Plaintiff Kissandra Tysman.  Plaintiff takes nothing from her complaint as to Defendants City of Los Angeles and Los Angeles Police Department, and the defendants shall recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920

IT IS SO ORDERED:

DATED:    6/12/12              _____
                                United States District Judge