UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 05-1485 DSF (AJWx) | Date | 8/28/14 |
|---|---|---|---|
| Title | Kissandra Tysman v. Anthony Pellicano, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

　　For some time, Plaintiff Kissandra Tysman has failed to prosecute her case against the remaining defendants in this case. As far as the Court can tell, Anthony Pellicano was never served. Default was entered as to Kevin Kachikian on February 14, 2011, but no default judgment was ever sought. Mark Arneson was in bankruptcy as of February 2011 with no further information ever being provided to the Court and no further prosecution of the case against him ever taking place.

　　As for the consolidated case formerly known as <u>Klein v. Pellicano</u>, the remaining two defendants, Anthony Pellicano and Rayford Turner, had defaults entered against them on February 18, 2011, but no default judgments were ever sought.

　　Therefore, Plaintiffs are ordered to show cause, in writing, no later than September 12, 2014, why the remainder of these consolidated cases should not be dismissed for lack of prosecution.

　　IT IS SO ORDERED.