JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KISSANDRA TYSMAN, | ) | Case No.: CV 05-1485 DSF (AJWx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| ANTHONY PELLICANO, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed as to the remaining defendants.

2/4/15

Dated: _____                    _____
                                                                              Dale S. Fischer
                                                                    United States District Judge